No. 79–6488. Woodard *v.* Wachovia Bank & Trust Co. et al. C. A. 4th Cir. Certiorari denied.

No. 79–6490. Robinson *v.* Parratt, Warden. C. A. 8th Cir. Certiorari denied.

No. 79–6491. Collins *v.* Louisiana. Sup. Ct. La. Certiorari denied.

No. 79–6493. Griffith et al. *v.* Bell-Whitley Community Action Agency et al. C. A. 6th Cir. Certiorari denied.

No. 79–6502. Kines *v.* Butterworth. C. A. 1st Cir. Certiorari denied.

No. 79–6504. In Re R. R. *v.* Illinois. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 79–6509. Snell *v.* National Railroad Passenger Corp. et al. C. A. 3d Cir. Certiorari denied.

No. 79–6510. Taylor *v.* Maryland. C. A. 4th Cir. Certiorari denied.

No. 79–6511. Schmoll *v.* Illinois. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 79–6532. Bohonus *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 79–6537. Wilson *v.* Kentucky. Sup. Ct. Ky. Certiorari denied.

No. 79–6587. Williams *v.* American Airlines. C. A. 5th Cir. Certiorari denied.

No. 79–6596. Leonardi *v.* United States. C. A. 2d Cir. Certiorari denied.